IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | **SEALED** |
| v. | § § § | No. 4:25-CR-199<br>Judge SDJ/AGD |
| JAMARIE WILLIAMS (1) | § | |



### INDICTMENT

The United States Grand Jury charges:

### Count One

Violation: 21 U.S.C. § 846
(Conspiracy to Distribute and
Possess with Intent to Distribute
Methamphetamine)

From in or about January 2020, the exact date being unknown to the Grand Jury, and continuing until and through the date of the filing of this Indictment, in the Eastern District of Texas and elsewhere,

JAMARIE WILLIAMS (1)



Defendants, did knowingly and intentionally combine, conspire, and agree with each other and other persons known and unknown to the United States Grand Jury, to manufacture, distribute and possess with the intent to manufacture and distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine or 50 grams or more of methamphetamine (actual), in violation of 21 U.S.C. § 841(a)(1).

All in violation of 21 U.S.C. § 846.

### NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

### Criminal Forfeiture Pursuant to 21 U.S.C. § 853 and 18 U.S.C. § 924(d)

As a result of committing the felony offenses alleged in Counts 1 and 2 of this indictment, the defendants shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as the result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such violation.

A TRUE BILL

_____
GRAND JURY FOREPERSON

JAY R. COMBS
ACTING UNITED STATES ATTORNEY

_____     Date: _____
MATTHEW T. JOHNSON
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | **SEALED** |
| v. | § § | NO. 4:25-CR- 199 SDJ/AGD |
| JAMARIE WILLIAMS (1)  | § § | Judge |

## NOTICE OF PENALTY

### Count One

Violation:   21 U.S.C. § 846

Penalty:   If 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine or 50 grams or more of methamphetamine (actual), the penalty is not less than 10 years and not more that life imprisonment, a fine not to exceed $10 million, or both; supervised release of at least 5 years.

Special Assessment: $100.00